**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In the Interest of K.N.C.

Appellate case number:   01-17-00520-CV

Trial court case number:  C2012-0499A

Trial court:                    22nd District Court of Comal County

      Appellant Adelina Michelle Cline is hereby notified that, to the extent she has attempted to appeal from an order holding her in contempt or committing her to jail for failure to pay the amounts identified in the contempt orders, the court may dismiss that part of the appeal for want of jurisdiction. *See, e.g.*, *In re B.A.C.*, 144 S.W.3d 8, 11 (Tex. App.—Waco 2004, no pet.) (contempt findings are generally not appealable and are subject to challenge only by original proceeding); *Cadle Co. v. Lobingier*, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pet. denied) ("A contempt judgment is reviewable only via a petition for writ of habeas corpus (if the contemnor is confined) or a petition for writ of mandamus (if no confinement is involved)."); *cf.* TEX. FAM. CODE § 109.002(b) ("An appeal may be taken by any party to a suit from a final order rendered under this title.").

      Unless appellant files a response demonstrating by citation to the law that this court has jurisdiction over an appeal from a finding of contempt or an order committing her to jail for an act of contempt, that aspect of the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Appellant's response, if any, is **due in this court within 14 days of the date of this notice**.

      It is so ORDERED.


Judge's signature: /s/ Harvey Brown
              ☐ Acting individually    ☑ Acting for the Court


Date: June 12, 2018